UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Stacey James, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10633-DRH |
| *Mary Reinhardt v. Bayer Corporation, et al.* | No. 14-cv-10059-DRH |
| *Angela Susan Torn v. Bayer Corporation, et al.* | No. 09-cv-10188-DRH |
| *Regina Killian, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10749-DRH |
| *Jennifer Metzger, et al. v. Bayer Corporation, et al.* | No. 10-cv-20246-DRH |
| *Rebecca Hull, et al. v. Bayer Corporation, et al.* | No. 10-cv-20092-DRH |
| *Angela Hurst v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13531-DRH |
| *Kristin Kocsis v. Bayer Corporation, et al.* | No. 15-yz-00359-DRH |
| *Rodney Foster v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12293-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed to date, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                                  BY: /s/*Caitlin Fischer*
                                        Deputy Clerk

APPROVED:

Digitally signed by Judge David R. Herndon
Date: 2016.04.21 13:46:45 -05'00'

DISTRICT JUDGE
U. S. DISTRICT COURT

2